UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEON,<br><br>  Petitioner,<br><br>  v.<br><br>G. J. JANDA, Warden,<br><br>  Respondent. | No. CV 12-8727 PA (JEM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered: (1) accepting the Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: August 2, 2013

Percy Anderson
UNITED STATES DISTRICT JUDGE