# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY C. LEON,<br><br>    Petitioner,<br><br>v.<br><br>G. J. JANDA, Warden,<br><br>    Respondent. | Case No. CV 12-8727-PA (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 2, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE